**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LONNIE DAVIS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 14-4300** |
| | : | |
| **THOMAS JEFFERSON UNIVERSITY** | : | |
| **Defendant.** | : | |

<u>ORDER</u>

AND NOW, this    8th      day of July, 2015, upon consideration of the Motion of Defendant Thomas Jefferson University for Summary Judgment and Plaintiff's Response thereto, it is hereby ORDERED that the Motion is GRANTED for the reasons articulated in the preceding Memorandum Opinion.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,     J.